**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RODRIGO MALDONADO-LOPEZ,<br><br>　　　　　　　Defendant. | Case No.: 19cr3010-WVG<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in Case No. 19cr3010-WVG against defendant RODRIGO MALDONADO-LOPEZ, be dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 19, 2019

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Honorable William V. Gallo
　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　United States District Court